UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>QUANG PHUONG HUYNH,<br><br>Defendant. | NO. MJ17-425 JPD<br><br>[~~PROPOSED~~] **ORDER TO SEAL** |

Having read the Government's Motion to Seal and because of the sensitive information contained within the Government's Identity Hearing Exhibits;

//

//

//

ORDER TO SEAL
*U.S. v. Huynh*, MJ17-425 JPD - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1     It is hereby ORDERED that the United States' Exhibits to the Identity Hearing
2 shall remain sealed.

5     DATED this 19th day of Oct., 2017.

                                             BRIAN A. TSUCHIDA
                                             United States Magistrate Judge

Presented by:

*s/ Nicholas Manheim*
NICHOLAS MANHEIM
Assistant United States Attorney

ORDER TO SEAL
*U.S. v. Huynh*, MJ17-425 JPD - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970